

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Prime Time Family
Entertainment Center, Inc.,

Vs. No. 11-18-00241-CV

AXIS Insurance Company
and Andrew Jencks,

\* From the 350th District Court
of Taylor County,
Trial Court No. 10662-D.

\* October 16, 2020

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Prime Time Family Entertainment Center, Inc.